Walters, Respondent, vs. Utendorfer, Appellant.

*April 8—May 11, 1926.*

*Appeal and error: Affirmance by divided court.*

Where the Justices of this court are equally divided in opinion on the question involved in an appeal, the judgment appealed from will be affirmed.

Estate of Kayser, 190 Wis. 189.

APPEAL from a judgment of the circuit court for Sauk county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

The appeal is from a judgment in favor of the plaintiff adjudging plaintiff as owner in fee of certain real estate in the village of Spring Green.

For the appellant there was a brief by *Bentley & Lowry* of Madison, and oral argument by *Frank R. Bentley.*

*Thomas W. King* of Spring Green, for the respondent.

DOERFLER, J. Upon a hearing of the appeal in this court, Justice E. RAY STEVENS, having presided in the trial of the case in the circuit court, was disqualified from participating on the hearing in this court. Justices ROSENBERRY, CROWNHART, and the writer voted for affirmance, while Chief Justice VINJE and Justices OWEN and ESCHWEILER voted for a reversal. Under the rule, the judgment of the circuit court, therefore, is affirmed without opinion.

*By the Court.*—Judgment affirmed.